## BURDICK ET AL. *v.* HACKMAN.

[No. 13,829.   Filed January 31, 1930.]

*Michael F. Bohland, Milford P. Hubbard* and *Estel G. Bielby,* for appellants.

*Wycoff & Wycoff, Hugh D. Wickens, Edward T. Dixon* and *McMullen & McMullen,* for appellee.

REMY, C. J.—It appearing to the court that this cause has been compromised and settled, a part of the compromise settlement being that the judgment of the trial court be reversed without regard to the merits of the appeal and that the cause be remanded to the Dearborn Circuit Court for further action in accordance with the terms of the compromise settlement agreement, the judgment is therefore accordingly reversed, with directions to the trial court to sustain a motion for a new trial.